# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Michael S. McDonald,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Catholic Charities,<br><br>　　　　　Defendant. | Case No. 2:25-cv-01271-APG-DJA<br><br>**Order** |

Before the Court is Plaintiff Michael S. McDonald's motion for an extension of time to file his amended complaint. (ECF No. 8). Plaintiff requests an additional two weeks beyond the Court's November 17, 2025, deadline, explaining that he is experiencing housing insecurity. The Court finds that Plaintiff has shown good cause to extend the deadline. *See* Fed. R. Civ. P. 6(b). Because the two-week extension Plaintiff requests would mean that his amended complaint would be due December 1, 2025, which date has already passed, the Court extends the deadline by thirty days from the date of this order.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 8) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff must file his amended complaint on or before **January 7, 2026.** Failure to timely file the amended complaint may result in the recommended dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: December 8, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE